**Electronically Filed
Supreme Court
SCWC-15-0000960
30-JUN-2020
04:02 PM**

SCWC-15-0000960

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF
THE ELAINE EMMA SHORT REVOCABLE LIVING TRUST AGREEMENT
DATED JULY 17, 1984, as amended.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000960; T. NO. 15-1-0165)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: McKenna, Pollack, and Wilson, JJ., with Recktenwald, C.J.,
dissenting, with whom Nakayama, J., joins)

Upon consideration of Respondent David Short's Motion

for Reconsideration, filed on June 29, 2020, (Motion) and the

documents submitted in support thereof, and the record herein,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, June 30, 2020.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

